UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:18-MJ-`70` |
| v. ) | **JUDGE CORKER** |
| ) | |
| ANTONIO GARCIA-MARTIN ) | |

## CRIMINAL COMPLAINT

I, Theodore Francisco, the complainant in this case, state that the following is true to the best of my knowledge and belief:

### COUNT ONE
### (Reentry of Removed Alien, 8 U.S.C. § 1326(a))

The United States charges that on or about April 5, 2018, within the Eastern District of Tennessee and elsewhere, the defendant, ANTONIO GARCIA-MARTIN, an alien, was found in the United States after having been removed therefrom on or about September 21, 2012, at or near Harlingen, Texas, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Theodore Francisco, am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations, and, being duly sworn, state that the following information is true to the best of my knowledge, information, and belief and is based upon my personal knowledge and upon information provided to me by other law enforcement officers:

(1)   On April 5, 2018, I, along with Internal Revenue Service, Criminal Investigation

1

Division, (IRS-CID) Homeland Security Investigations (HSI), and Tennessee Highway Patrol, Criminal Investigation Division (THP-CID) conducted a federal search warrant at the business location of Southeastern Provisions, located at 1617 Helton Road Bean Station, TN, which is located in the Eastern District of Tennessee.

(2) Prior to the execution of the search warrant, officers involved in the investigation received reliable information that Southeastern Provisions was employing illegal aliens. During the search, agents encountered numerous persons who were unable to speak English and/or couldn't provide authentic identification documents, including the defendant named in this complaint. Agents photographed and fingerprinted the defendant.

(3) Agents also queried relevant government databases to ascertain the defendant's legal status. Those queries revealed that the defendant is a citizen of Mexico and is present in the United States illegally. Government records also revealed that the defendant had previously been removed or deported from the United States on September 21, 2012 from the Port of Harlingen, Texas.

Special Agent Theodore Francisco
Department of Homeland Security – HSI

Sworn to before me and signed in my presence on April 5, 2018.

CLIFTON L. CORKER
UNITED STATES MAGISTRATE JUDGE

2